AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WASEEM DAKER,

      Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV620-115

BRIAN ADAMS,

      Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated August 24, 2023, the Petitioner's petition filed pursuant to 28 U.S.C. § 2254 is dismissed as moot. Therefore, issuance of a Certificate of Appealability and in forma pauperis status on appeal are denied. Further, all other pending motions are dismissed as moot, and this civil action stands closed.



| August 24, 2023 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020