IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WASEEM DAKER,                )
                             )
  Plaintiff- Appellant,    )
                             )
                             ) CASE NO.  6:20-cv-115
V.                           )
                             ) Appeal No. 23-13657-H
WARDEN BRIAN ADAMS,          )
                             )
  Defendant - Appellee.    )

ORDER

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

SO ORDERED, this ___18th___ day of April, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA